# LAW OFFICES OF PETER C. HUMBLIAS LLC
## LICENSED IN NJ, NY, CT & MA
585 Hoboken Road
Carlstadt, New Jersey 07072
*phumblias@yahoo.com*

Tel. (201) 372-1006  Fax (201) 372-1007

August 9, 2011

**VIA ECF**
Honorable Cathy L. Waldor
United States District Court
District of New Jersey
Martin Luther King and US Courthouse
50 Market Street
Newark, NJ 07101

Re:  Hanley v. S.W.B. Apparel, Inc., et. al
     Civil Action No. 2:11-cv-02570

Dear Judge Waldor:

Further to Attorney Mikulik's August 5, 2011 letter to Your Honor, and with my adversary's express consent, kindly allow this letter to act in conjunction with my adversary's prior letter as a mutual request for an extension of time from August 12, 2011 until October 12, 2011 for propounding of Interrogatories and Request for Production of Documents by and between the parties. We respectfully further request Your Honor allow the responses to same to be exchanged thereafter by November, 14, 2011.

To date, the parties have exchanged Rule 26 Disclosures and commenced potential settlement discussions. As indicated in my adversary's prior letter, in light of the impending scheduled settlement conference on September 26, 2011, we respectfully and graciously request Your Honor afford the parties the within requested relief so the parties may continue to discuss global resolution options and avoid potentially unnecessary litigation costs and expenses.

We await Your Honor's decision and we thank Your Honor in advance for your consideration of the foregoing.

Respectfully Submitted,

**S/PETER C. HUMBLIAS, ESQ.**
Peter C. Humblias, Esq.

cc: Stacy A. Mikulik, Esq. (via ECF and email)
    Gregory T. Alvarez, Esq. (via ECF and email)