UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

VEDETA HANLEY,

          Plaintiff,

v.

S.W.B. APPAREL, INC., KEVIN KIM, JOHN LIM, JOHN DOES 1-10, and ABC ENTITIES 1-10,

          Defendants.

Civil Action No. 2:11-cv-02570

**STIPULATION OF DISMISSAL WITH PREJUDICE**

It is hereby stipulated and agreed by and between Plaintiff, Vedeta Hanley, and Defendants, S.W.B. Apparel, Inc., Kevin Bae (improperly pled as "Kevin Kim") and John Lim (collectively, "Defendants"), through their undersigned counsel, who are authorized to enter this stipulation, that Plaintiff's action against Defendants is dismissed in its entirety with prejudice and without costs or attorneys' fees.

| | |
|---|---|
| THE LAW OFFICES OF PETER C. HUMBLIAS LLC<br>585 Hoboken Road<br>Carlstadt, New Jersey 07072<br>(201) 372-1006 | JACKSON LEWIS LLP<br>220 Headquarters Plaza<br>East Tower, 7th Floor<br>Morristown, NJ 07960-6834<br>(973) 538-6890 |
| By: _/s/ Peter C. Humblias_<br>     Peter C. Humblias, Esq. | By: _/s/ Stacy A. Mikulik_<br>     Stacy A. Mikulik, Esq. |
| ATTORNEY FOR PLAINTIFF<br>VEDETA HANLEY | ATTORNEYS FOR DEFENDANTS<br>S.W.B. APPAREL, INC., KEVIN BAE, and JOHN LIM |
| Dated: December 30, 2011 | Dated: January 19, 2012 |

181662 Stip. of Dismissal.doc
4819-1806-7470, v. 1